IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BAY CIRCLE PROPERTIES, LLC, *et al.*[1] | ) | Case No.: 15-58440-wlh |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### APPLICATION TO EMPLOY TAYLOR LAW OFFICES, LLC AS SPECIAL REAL ESTATE AND LEASING COUNSEL FOR DEBTOR DCT SYSTEMS GROUP, LLC

COMES NOW Debtor DCT Systems Group, LLC (the "Debtor"), and in accordance with the provisions of 11 U.S.C. § 327(e), moves this court for an order permitting it to employ the law firm of Taylor Law Offices, LLC as special real estate and leasing counsel for the Debtor and in support thereof show this Court as follows:

1.

Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code on May 4, 2015. No trustee has been appointed and Debtor is operating its business as a debtor-in-possession.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are Bay Circle Properties, LLC (1578), DCT Systems Group, LLC (6978), Sugarloaf Centre, LLC (2467), Nilhan Developers, LLC (6335), and NRCT, LLC (1649).

2.

Debtor wishes to employ Taylor Law Offices, LLC and its principal John E. Taylor as counsel to provide legal advice concerning real estate and leasing matters. The hourly rate for Mr. Taylor is $295.00.

3.

Taylor Law Offices, LLC has offices located at 4880 Lower Roswell Road, Suite 15, Marietta, Georgia 30068. Mr. Taylor is experienced, qualified and competent to represent the Debtor in connection with its real estate and leasing matters and through his pre-petition representation is familiar with the Debtor.

4.

In order for Debtor to operate as a debtor in possession, the Debtor requires legal advice in connection with real estate and leasing matters. The Debtor's primary assets are two office/warehouse buildings in Gwinnett County, Georgia.

5.

Except as disclosed in connection with the motion and to the best of Debtor's knowledge, Taylor Law Offices, LLC represent no interest adverse to the Debtor or its estate as to matters upon which said attorneys are being engaged by the Debtor, and the firm's appointment will be in the best interest of the estate.

6.

Debtor discloses that Taylor Law Offices, LLC also provides similar real estate and leasing services to the following affiliated companies who are also Chapter 11 Debtor before this Court: NRCT, LLC, Bay Circle Properties, LLC, Sugarloaf Centre, LLC, and Nilhan Developers, LLC. Taylor Law Offices, LLC has also performed legal services for Niloy, Inc. and Nilhan Financial, LLC, affiliated companies and creditors of the Debtor, and its principals Chittranjan Thakkar and Saloni Thakkar. The Debtor is not aware of any conflict of interest with Taylor Law Offices, LLC's representation of the affiliated entities and persons.

WHEREFORE, Debtor requests this Court to enter an Order in accordance with the provisions of 11 U.S.C. § 327(e) permitting it to employ Taylor Law Offices, LLC as special real estate and leasing counsel for the Debtor.

This 9th day of June, 2015.

/s/ John A. Christy
JOHN A. CHRISTY
Georgia Bar 125518
jchristy@swfllp.com
J. CAROLE THOMPSON HORD
Georgia Bar. 291473
chord@swfllp.com
Attorneys for Debtor

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Tel: (404) 681-3450

3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DCT SYSTEMS GROUP, LLC, | ) | CASE NUMBER: 15-58441-wlh |
| | ) | |
| Debtor. | ) | |
| | ) | |

STATEMENT PURSUANT TO 11 U.S.C. § 327(E) AND BANKRUPTCY RULES 2014 AND 5002

STATE OF GEORGIA

COUNTY OF COBB

Personally appeared before the undersigned officer duly authorized to administer oaths comes John E. Taylor, who, after being duly sworn, does hereby depose and state on oath as follows:

1.

My name is John E. Taylor and I am the principal of Taylor Law Offices, LLC ("Taylor") and this affidavit is being made upon my personal knowledge.

2.

Taylor represents no interest adverse to the Debtor and its estate as to real estate and leasing matters for which the Debtor seeks to engage it. The appointment of Taylor as special real estate and leasing counsel for the Debtor is in

the best interest of the Estate. Except as disclosed herein, in its application and in its disclosure of compensation, the members of Taylor have no connection with the Debtor, any creditor, the respective attorneys and accountants, the United States Trustee or any persons employed by the United States Trustee, any judge of this Court or any person employed by a judge of this Court, or any other party in interest.

3.

Taylor discloses that it represented Debtor and the following affiliates of the Debtor in real estate and other matters pre-petition: NRCT, LLC; Bay Circle Properties, LLC; Nilhan Financial, LLC, a creditor of the Debtor; Nilhan Hospitality, LLC; Niloy & Rohan, LLC; Niloy, Inc., a creditor of the Debtor; NCT Systems, Inc.; Sugarloaf Centre, LLC; Nilhan Developers, LLC; Chittranjan Thakkar; Saloni Thakkar; JAX Farfield Financial, LLC; Haven South Beach, LLC; HuaHua's, LLC; Haven Hospitality Concepts, LLC; Miami Mirchi, LLC; Laburnum Richmond Center, LLC; and Orlando Gateway Partners, LLC. Taylor is also seeking authority to continue to represent NRCT, LLC; Bay Circle Properties, LLC; Sugarloaf Centre, LLC; and Nilhan Developers, LLC, who are also Chapter 11 Debtors before this Court.

4.

Taylor will continue to represent these same clients post petition in real estate and related matters, but will not represent them in this bankruptcy case or in any matter adverse to the Debtor. Taylor will not represent anyone in any matter that would create a conflict of interest as to the Debtor.

5.

The law firm of Taylor Law Offices, LLC was paid no retainer for acting as special real estate and leasing counsel.

6.

Taylor Law Offices, LLC has not been promised any guaranteed future payment for services by the Debtor. The Debtor has agreed to pay Taylor Law Offices, LLC at its standard hourly rates upon approval of this Court for the services rendered to the Debtor. John Taylor's currently hourly rate is $295.00.

7.

The compensation to be paid to Taylor Law Offices, LLC is not to be shared between Taylor Law Offices, LLC and any other entities.

_____
JOHN E. TAYLOR
Georgia Bar No. 700350

Sworn to and subscribed before me
This _8_ day of June, 2015.

_____
NOTARY PUBLIC

[NOTARIAL SEAL]

K:\9208\1\Pleadings\Bay Circle statement of disinterestedness ceasing counsel.docx

4

CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the within and foregoing APPLICATION TO EMPLOY TAYLOR LAW OFFICES, LLC AS SPECIAL REAL ESTATE AND LEASING COUNSEL FOR DEBTOR DCT SYSTEMS GROUP, LLC, and STATEMENT PURSUANT TO 11 U.S.C. § 327 AND BANKRUPTCY RULES 2014 AND 5002 via the ECF system or by placing a copy of the same in the United States Mail, with sufficient postage thereon to insure delivery on the attached Master Service List.

This 9th day of June, 2015.

/s/ J. Carole Thompson Hord
J. CAROLE THOMPSON HORD
Georgia Bar. 291473

K:\9209\1\Pleadings\DCT application to employ leasing counsel.docx

MASTER SERVICE LIST

Georgia Power Company
96 Annex
Atlanta, GA  30396

Gwinnett County Water Resources
PO Box 530575
Atlanta, Georgia 30353

Nilhan Financial, LLC
6050 Peachtree Industrial Blvd
Norcross, GA  30071

Russell Landscape, LLC
PO Box 219
Dacula, GA  30019

C. Edward Dobbs, Esq. – Via ECF
James S. Rankin, Jr., Esq. – Via ECF
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, Georgia 30303

Thomas W. Dworschak, Esq.
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

Creditors Adjustment Bureau
14226 Ventura Blvd
Sherman Oaks, CA 91423

Anne P. Caiola, Esq. – Via ECF
Elizabeth B. Rose, Esq. – Via ECF
Slotkin & Caiola, LLC
118 E. Maple Street
Decatur, GA 30030

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346