**IT IS ORDERED as set forth below:**



**Date: October 15, 2015**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BAY CIRCLE PROPERTIES, LLC, *et al.*[1] | ) | Case No.: 15-58440-wlh |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

NOTICE OF DEADLINE
FOR FILING OF PROOFS OF CLAIM

The Debtors Bay Circle Properties, LLC, DCT Sytems Group, LLC, Sugarloaf Centre, LLC, Nilhan Developers, LLC, and NRCT, LLC (the "Debtors") filed for relief under Chapter 11 of the Bankruptcy Code on May 4, 2015. You may be a creditor of one or more of the Debtors. This notice lists an important deadline. You may want to consult an attorney to protect your rights.

The Debtors have filed lists of creditors and schedules of liabilities pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. Pursuant to Rule

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are Bay Circle Properties, LLC (1578), DCT Systems Group, LLC (6978), Sugarloaf Centre, LLC (2467), Nilhan Developers, LLC (6335), and NRCT, LLC (1649).

3003(c)(3) of the Federal Rules of Bankruptcy Procedure, the deadline for the filing of a proof of claim by any creditor whose claim is not set forth on the schedules of liabilities, or whose claim is listed on said schedules as disputed, contingent, or unliquidated, or who disagrees with the amount or categorization of the claim as listed, is hereby fixed as **November 25, 2015.**  If a creditor whose claim is not listed or whose claim is listed as disputed, contingent, or unliquidated or who disagrees with the amount or categorization of the claim as listed fails to file a proof of claim on or before said deadline, the creditor shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution.

Any creditor who desires to rely on the Debtors' schedules of liabilities has the responsibility of determining that the creditor's claim against each Debtor is accurately listed on the respective schedules of liabilities of that Debtor.

A proof of claim must be filed with the Clerk of the U.S. Bankruptcy Court, U.S. Courthouse – Room 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. To be timely, the proof of claim must be actually received by the Clerk by the deadline.  The proof of claim must indicate the original case number of the Debtor against whom the claim is filed.  The Debtors and their original case numbers are:

| | |
|---|---|
| Bay Circle Properties, LLC | 15-58440-WLH; |
| DCT Systems Group, LLC | 15-58441-WLH; |
| Sugarloaf Centre, LLC | 15-58442-WLH; |
| Nilhan Developers, LLC | 15-58443-WLH |
| NRCT, LLC | 15-58444-WLH. |

If a creditor holds claims against multiple Debtors, it must file a separate claim against each Debtor.  Any creditor who has already filed a proof of claim with respect to a particular Debtor need not file another proof of claim with respect to that Debtor.

**This is a Bar Order.  A creditor's failure to file a proof of claim against a Debtor by the deadline, if required, may result in denial of the creditor's right to vote on any Chapter 11 plan that is proposed in this case with respect to that Debtor and of the right to participate in any distributions to creditors that are made under any Chapter 11 plan that is confirmed with respect to that Debtor.**

Counsel for the Debtors shall arrange for the mailing of a copy of this Notice to all creditors and any entities who have filed a request for notices in this case.

[end of document]

Prepared and presented by:

/s/  John A. Christy
John A. Christy
Georgia Bar 125518
jchristy@swfllp.com
J. Carole Thompson Hord
Georgia Bar No. 291473
chord@swfllp.com
Jonathan A. Akins
Georgia Bar No. 472453
jakins@swfllp.com

*Attorneys for Debtors*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-1845
404- 681-3450
404-681-1046

## DISTRIBUTION LIST

John A. Christy, Esq.
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516