**IT IS ORDERED as set forth below:**



**Date: November 7, 2016**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BAY CIRCLE PROPERTIES, LLC, *et al.*[1] ) | Case No. 15-58440-wlh |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

**ORDER GRANTING DEBTOR'S MOTION TO OBTAIN
POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364**

On November 3, 2016, Debtor's Motion to Use Property Other than in the Ordinary Course of Business (the "Motion") **[Doc. No. 455**] came on for hearing before this Court. In the Motion, Sugarloaf Centre, LLC ("Sugarloaf") requests authority to construct additional commercial space at 1930-1970 Satellite

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Bay Circle Properties, LLC (1578), DCT Systems Group, LLC (6978), Sugarloaf Centre, LLC (2467), Nilhan Developers, LLC (6335), and NRCT, LLC (1649).

Boulevard, Duluth, Georgia (the "Property"). At the hearing, the Court directed Debtor to file an affidavit disclosing the source of funds which will be used to fund the proposed construction and a copy of the requisite building permits to perform the proposed construction. On November 4, 2016, Debtor filed the Affidavit of Chittranjan Thakkar and a copy of the building permits. **[Doc. No. 464.]** Upon consideration of the pleadings, arguments of counsel, and the record of this case, and for good cause shown, it is hereby:

ORDERED, ADJUDGED, and DECREED that Debtor's Motion to Use Property Other than in the Ordinary Course of Business is **GRANTED** and the construction agreement attached to the Motion as **Exhibit "B"** is **APPROVED**. Sugarloaf Centre, LLC is authorized to execute such documents and perform such acts as may be necessary to construct the proposed commercial space, including execution of the construction agreement attached to the Motion as **Exhibit "B"**, and to make such modifications to the Property as may be necessary to perform the proposed construction work. It is further

ORDERED that this order shall be effective immediately notwithstanding the stay of Federal Rule of Bankruptcy Procedure 6004(h).

[end of document]

**Prepared and presented by:**

\s\ J. Carole Thompson Hord
John A. Christy
Georgia Bar No. 125518
jchristy@swfllp.com
J. Carole Thompson Hord
Georgia Bar No. 291473
chord@swfllp.com
SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Telephone:   (404) 681-3450
Facsimile:    (404) 681-1046
*Attorneys for Debtor*
K:\9208\1\Pleadings\Order Granting Debtor's 363 motion to construct.docx

## DISTRIBUTION LIST

John A. Christy
J. Carole Thompson Hord
SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street N.E., Suite 800
Atlanta, Georgia  30309

Thomas W. Dworschak
OFFICE OF THE U.S. TRUSTEE
Suite 362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Anne P. Caiola, Esq.
Elizabeth B. Rose, Esq.
SLOTKIN & CAIOLA, LLC
118 E. Maple Street
Decatur,  GA 30030

Kenneth W. Stroud, Esq.
MAHAFFEY PICKENS TUCKER, LLP
1550 North Brown Road
Suite 125
Lawrenceville,  GA 30043

John F. Isbell
THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326

Jessica Talley-Peterson
HDH ADVISORS, LLC
Suite 950
2002 Summit Boulevard
Atlanta, GA  30319-6420

Shayna M. Steinfeld
STEINFELD & STEINFELD, P.C.
P.O. Box 49446
Atlanta, Georgia 30359

Clay M. Townsend
MORGAN & MORGAN
20  N. Orange Avenue, Suite 1500
Orlando, FL 32801

Heather D. Brown
BROWN LAW, LLC
2727 Paces Ferry Road
Suite 1-225
Atlanta, GA  30339

Jon E. Kane
MATEER HAWBERT
225  E. Robinson Street
Suite 600
Orlando, FL  32801

David L. Bury, Jr.
STONE & BAXTER, LLP
Suite 800
577 Mulberry Street
Macon, GA  31201