PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: Bay Circle Properties, LLC

Case No.: 15-58440    Chapter: 11

**Change of Address for:**
Debtor ✓    Creditor ☐    Attorney for Debtor ☐    Attorney for Creditor ☐

**Change for:**
Notices ONLY ☐    Payments ONLY ☐    Notices and Payments ✓

EFFECTIVE DATE OF CHANGE: 9/27/17

Name: DCT Systems Group, LLC

Prior Address: 6100 Peachtree Industrial Boulevard
Norcross, Georgia 30071-5721

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

New Address: 6050 Peachtree Industrial Boulevard
Suite 801
Norcross, Georgia 30071-5721

Change of Address Was Furnished By:    Debtor ✓    Creditor ☐    Attorney ☐

Date: 9/27/17    Signature of Filer: /s/ Jonathan A. Akins
Telephone Number: 404-954-9810

**IF FILED BY ATTORNEY**

Attorney Name: Jonathan A. Akins

Bar ID: 472453
Address: 1100 Peachtree Street, NE, Suite 800
Atlanta, GA 30309

Revised August 2012