UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| BAY CIRCLE PROPERTIES, LLC, *et al.*, [1] | : | CASE NO. 15-58440-wlh |
| | : | (Jointly Administered) |
| DEBTORS. | : | |
| | : | |
| GUY G. GEBHARDT, | : | |
| ACTING UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT. | : | |
| | : | |
| -vs- | : | CONTESTED MATTER |
| | : | |
| BAY CIRCLE PROPERTIES, LLC, *et al.*, | : | |
| | : | |
| RESPONDENTS. | : | |

**MOTION TO DISMISS OR CONVERT
AND REQUEST FOR STATUS CONFERENCE**

COMES NOW Guy G. Gebhardt, Acting United States Trustee for Region 21, pursuant to 28 U.S.C. § 586(a)(3) and 11 U.S.C. § 1112(b), and respectfully moves this Court to dismiss or convert this case. In support of this motion, the United States Trustee shows the Court as follows:

1.

Debtors BAY CIRCLE PROPERTIES, LLC, *et al.,* ("Debtors") filed a voluntary petition for relief under chapter eleven of the Bankruptcy Code on May 4, 2015.

2.

Cause exists for dismissal because Debtors have not filed any monthly operating reports covering any periods after March 2017.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are Bay Circle Properties, LLC (1578), DCT Systems Group, LLC (6978), Sugarloaf Centre, LLC (2467), Nilhan Developers, LLC (6335), and NRCT, LLC (1649).

3.

An unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter is cause to dismiss or convert a case. 11 U.S.C. § 1112(b)(4)(F).

4.

The Bankruptcy Code directs the United States Trustee to ensure that all reports, schedules, and fees required to be filed by a debtor are properly and timely filed, monitor the progress of the case, and take the necessary action to prevent undue delay in such progress. 28 U.S.C. §§ 586 (a)(3)(D) and (G).

5.

The United States Trustee for Region 21 has established Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees ("the Guidelines"). Every chapter 11 debtor receives a copy of the Guidelines at the beginning of the case and thereby receives written notice of the obligation to file monthly operating reports in a timely manner. The Guidelines explicitly state that compliance is essential and that the debtor's failure to comply may result in the United States Trustee filing a motion to dismiss the case.

6.

Debtors' failure to timely file the required monthly operating reports is a violation of Federal Rule of Bankruptcy Procedure 2015 and a violation of 11 U.S.C. § 704(a)(8), made applicable to a chapter 11 debtor-in-possession by 11 U.S.C. §§ 1106(a)(1) and 1107(a).

7.

2

"Timely and accurate financial disclosure is the lifeblood of the Chapter 11 process." *In re Tornheim*, 181 B.R. 161, 164 (Bankr. S.D.N.Y. 1995). Monthly operating reports are not mere busywork; they are the means by which the United States Trustee is able to make an independent assessment of a debtor's current financial condition and its prospects for reorganization. *Id*.

8.

The United States Trustee should not be forced to implore a chapter 11 debtor to file monthly operating reports in a timely manner. *In re McClure*, 69 B.R. 282, 290 (Bankr. N.D. Ind. 1987).

WHEREFORE, the Acting United States Trustee respectfully requests that this Court dismiss or convert this case, and convene a status conference on Thursday, November 30, 2017 at 1:30 PM.

        GUY G. GEBHARDT
        ACTING UNITED STATES TRUSTEE
        *s/ Thomas W. Dworschak*
        Thomas W. Dworschak
        Trial Attorney
        Georgia Bar No. 236380

United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437 ext. 145
thomas.w.dworschak@usdoj.gov

3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| BAY CIRCLE PROPERTIES, LLC, *et al*., | : | CASE NO. 15-58440-wlh |
| | : | (Jointly Administered) |
|     DEBTORS. | : | |
| | : | |
| GUY G. GEBHARDT, | : | |
| ACTING UNITED STATES TRUSTEE, | : | |
| | : | |
|     MOVANT. | : | |
| | : | |
| -vs- | : | CONTESTED MATTER |
| | : | |
| BAY CIRCLE PROPERTIES, LLC, *et al*., | : | |
| | : | |
|     RESPONDENTS. | : | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the United States Trustee has filed a Motion to Dismiss or Convert.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the United States Trustee's Motion in **Courtroom 1403,** United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at 1:30 p.m. on Thursday, November 30, 2017.

Your rights may be affected by the court's ruling on this pleading. You should read the motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in the motion or if you want the Court to consider your views, then you or your attorney must attend the hearing.

You may also file a written response to the motion with the Clerk of the Bankruptcy Court, but you are not required to do so. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's office is Clerk, United States Bankruptcy Court, Suite 1340, Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. You must mail a copy of your response to the Office of the United States Trustee at Suite 362, Richard Russell Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

Date: November 1, 2017

                                        Prepared and Served by:

                                        ***/s/ Thomas W. Dworschak***
                                        Thomas W. Dworschak, Trial Attorney
                                        Georgia Bar No.: 236380

United States Department of Justice
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, S.W
Atlanta, Georgia  30303
404-331-4437, ext. 145
Thomas.W.Dworschak@USDOJ.gov

**CERTIFICATE OF SERVICE**

I hereby certify on November 1, 2017, I caused a copy of the attached Notice of Hearing and the United States Trustee's Motion to Dismiss or Convert to be sent by first class United States mail, properly addressed and with correct postage to the following:

Anne P. Caiola, Esq.
Elizabeth B. Rose, Esq.
Slotkin & Caiola, LLC
118 E. Maple Street
Decatur, GA 30030

AT&T
PO Box 105262
Atlanta, GA 30348

Bellsouth Telecommunications, Inc.
AT&T Services, Inc.
C/O Karen Cauagnaro
One AT&T Way, Room 3A104
Bedminster, NJ  07921

C. Edward Dobbs, Esq.
James S. Rankin, Jr., Esq.
PARKER, HUDSON, RAINER
 & DOBBS LLP
303 Peachtree Street, NE, Suite 3600
Atlanta, Georgia 30308

CITY OF SMYRNA UTILITIES
PO Box 116296
ATLANTA, GA 30368-6296

COBB COUNTY WATER SYSTEM
PO Box 580440
CHARLOTTE, NC 28258

CREDITORS ADJUSTMENT BUREAU
14226 VENTURA BLVD
SHERMAN OAKS, CA 91423

David L. Bury, Jr
STONE & BAXTER, LLP
577 Mulberry Street, Suite 800
Macon, GA  31201

D&G CONSTRUCTION MANAGEMENT, LLC
6400 POWERS FERRY ROAD, SUITE 350
ATLANTA, GA 30339

GEORGIA POWER COMPANY
96 ANNEX
ATLANTA, GA 30396

GWINNETT COUNTY WATER RESOURCES
PO Box 530575
ATLANTA, GEORGIA 30353

HCL AMERICA, INC.
P.O. Box 5932
SHERMAN OAKS, CA 91413

INTERNAL REVENUE SERVICE
PO Box 7346
PHILADELPHIA, PA 19101-7346

New South Commercial Properties, Inc.
c/o James B McClung
Carol Clark Law
6075 Lake Forrest Drive, Suite 200
Atlanta, Georgia 30328

Kenneth W. Stroud, Esq
MAHAFFEY PICKENS TUCKER, LLP
1550 North Brown Road Suite 125
Lawrenceville, GA 30043

6

KIDS FIRST PEDIATRIC ALLIANCE
5500 INTERSTATE NORTH PARKWAY
SUITE #200
ATLANTA, GEORGIA 30328

LECRAW ENGINEERING
3475 CORPORATE WAY, SUITE A
DULUTH, GEORGIA 30096

Michael E. Demont
Whitney K. McGuire
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, FL 32202

NILHAN FINANCIAL
5100 PEACHTREE INDUSTRIAL BLVD
NORCROSS, GA 30071

NILOY, INC.
5100 PEACHTREE INDUSTRIAL BLVD
NORCROSS, GA 30071-5721

NORCROSS HOSPITALITY
5100 PEACHTREE INDUSTRIAL BLVD
LITHIA SPRINGS, GA 30122-1546

PHOENIX ELEVATOR SERVICE
591 THORNTON ROAD, SUITE S
LITHIA SPRINGS, GA 30122-1546

REPUBLIC SERVICES, INC. (DE CORP.)
18500 NORTH ALLIED WAY
PHOENIX, AZ 85054

SECRETARY OF TREASURY
15TH & PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20200

SERVICE MASTER
PO Box 670053
MARIETTA, GA 30066

U.S. ATTORNEY
600 RICHARD B. RUSSELL BLDG.
75 TED TURNER DRIVE, SW
ATLANTA, GA 30303

U.S. SECURITIES
& EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
SUITE 900
950 EAST PACES FERRY ROAD, NE
ATLANTA, GA 30326-1382

SHAYNA M. STEINFELD
STEINFELD & STEINFELD, P.C.
P.O. Box 49446
ATLANTA, GEORGIA 30359

CLAY M. TOWNSEND
MORGAN & MORGAN PA
20 N. ORANGE AVE, SUITE 1500
ORLANDO, FL 32801

HEATHER D. BROWN
BROWN LAW, LLC
138 BULLOCH AVENUE
ROSWELL, GA 30075

SIMBA GLOBAL PTY LTD.
189-311 BAYWATER ROAD
BAYSWATER NORTH
VICTORIA AUSTRALIA  315323

JOHN F. ISBELL
THOMPSON HINE LLP
TWO ALLIANCE CENTER
3560 LENOX ROAD, SUITE 1600
ATLANTA, GEORGIA 30326

New South Commercial Properties , Inc.
Reg. Agent: Chuck Sechler
750 Hammond Drive,
Building 16, Suite 350
Atlanta, Georgia 30328

| | |
|---|---|
| Walter E. Jones<br>Balch & Bingham, LLP<br>30 Ivan Allen Jr., Blvd Suite 700<br>Atlanta, GA 30308 | Michael B. Weinstein<br>MBW Law, LLC<br>949 Image Avenue -Suite B<br>Atlanta, GA 30318 |
| Mark S. Marani<br>Cohen Pollock Merlin & Small, PC<br>3350 Riverwood Parkway<br>Suite 1600<br>Atlanta, Georgia 30339 | Michael Robl<br>Robl Law Group, LLC<br>3754 Lavista Road, Ste 250<br>Tucker, GA 30084 |
| Jonathan A Akins<br>Kelly L. Walsh<br>J. Carole Thompson Hord<br>John A. Christy<br>Schreeder, Wheeler & Flint, LLP<br>1100 Peachtree Street, Suite 800<br>Atlanta GA 30309-4516 | Jessica Talley-Peterson<br>HDH Advisors, LLC<br>Suite 950, 2002 Summit Boulevard<br>Atlanta GA 30319<br><br>NRCT, LLC<br>6050 Peachtree Industrial Boulevard<br>Suite 801<br>Norcross GA 30071-5721 |
| DCT Systems Group, LLC<br>6050 Peachtree Industrial Boulevard<br>Suite 801<br>Norcross GA 30071-5721 | Nilhan Developers, LLC<br>6050 Peachtree Industrial Boulevard<br>Suite 801<br>Norcross GA 30071-5721 |
| Bay Circle Properties, LLC<br>6050 Peachtree Industrial Boulevard<br>Suite 801<br>Norcross GA 30071-5721 | Sugarloaf Centre, LLC<br>6050 Peachtree Industrial Boulevard<br>Suite 801<br>Norcross GA 30071-5721 |

*/s Thomas W. Dworschak*

8