**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BAY CIRCLE PROPERTIES, LLC, *et al.*,[1] | ) | Case No. 15-58440-wlh |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**BAY POINT CAPITAL PARTNERS, LP'S
LIMITED OBJECTION TO DEBTORS' MOTION TO AUTHORIZE SALE**

Bay Point Capital Partners, LP ("Bay Point"), by and through the undersigned counsel, hereby files this Limited Objection to NRCT LLC's Motion to Authorize Sale (the "Sale Motion") (Doc. No. 793).  In support thereof, Bay Point respectfully shows the Court:

**OBJECTION**

As noted in the Court's decision dated November 7, 2017, concerning the claims of Good Gateway LLC and SEG Gateway LLC (Doc. No. 797, p. 13), Bay Point has claims for indemnity that are secured by NRCT LLC's property.  The Sale Motion proposes to sell NRCT LLC's property (the "Property").  Bay Point has no objection to the sale itself.  However, Bay Point does object to any distribution of the funds realized from the sale of the Property, as Bay Point's lien against the Property would be transferred to the proceeds from the sale.  Accordingly, Bay Point objects to the Sale Motion to the extent any costs beyond standard closing costs, real estate transfer taxes, and real estate brokers' commissions are to be paid from the proceeds of the sale.

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Bay Circle Properties, LLC (1578), DCT Systems Group, LLC (6978), Sugarloaf Centre, LLC (2467), Nilhan Developers, LLC (6335), and NRCT, LLC (1649) and are collectively referred to herein as "Debtors").

Instead, Bay Point requests that the Court condition the sale on a requirement that all proceeds net of the aforementioned standard closing costs are segregated and escrowed pending adjudication of Bay Point's indemnity claims.

Respectfully submitted this 7th day of November 2017.

*/s/ John F. Isbell*
John F. Isbell
Georgia Bar No. 384883
Garrett A. Nail
Georgia  Bar No. 997924
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Telephone:     404.541.2900
Facsimile:     404.541.2905
*john.isbell@thompsonhine.com*
*garrett.nai@thompsonhine.com*

*Counsel for Bay Point Capital Partners, LP*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing BAY POINT CAPITAL PARTNERS, LP'S LIMITED OBJECTION TO DEBTORS' MOTION TO AUTHORIZE SALE with the Clerk of Court using the CM/ECF system which will provide automatic notification of such filing to the following:

Thomas W. Dworschak
Office of the U.S. Trustee
Suite 362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
*Thomas.W.Dworschak@usdoj.gov*

Joshua J. Lewis,
James S. Rankin, Jr.
Parker, Hudson, Rainer & Dobbs LLP 303
Peachtree Street, N.E., Suite 3600
Atlanta, Georgia 30308
*jlewis@phrd.com*
*jrankin@phrd.com*

Anne P. Caiola
Elizabeth B. Rose
Slotkin & Caiola, LLC
118 E. Maple Street
Decatur, Georgia 30030
*anne@slotkincaiola.com*
*elizabeth@slotkincaiola.com*

David L. Bury, Jr.
Thomas T. McClendon
Stone & Baxter, LLP
577 Mulberry Street, Suite 800
Macon, Georgia 31201
*dbury@stoneandbaxter.com*
*tmcclendon@stoneandbaxter.com*

Jessica Talley-Peterson
HDH Advisors, LLC
2002 Summit Boulevard, Suite 950
Atlanta, Georgia 30319-6420
*jpeterson@hdhadvisors11c.com*

Shayna M. Steinfeld
Steinfeld & Steinfeld, P.C.
P.O. Box 49446
Atlanta, Georgia 30359
*shayna@steinfeldlaw.com*

Clay M. Townsend
Morgan & Morgan
20 N. Orange Avenue, Suite 1500
Orlando, Florida 32801
*CTownsend@ForThePeople.com*

Heather D. Brown
Brown Law, LLC
138 Bulloch Avenue
Roswell, Georgia 30075
*heather@hdbrownlaw.com*

Jon E. Kane
Mateer Harbert
225 E. Robinson Street, Suite 600
Orlando, Florida 32801
*jkane@mateerharbert.com*

Richard L. Robbins
Robbins Ross Alloy Belinfante Littlefield, LLC
999 Peachtree Street, N.E., Suite 1120
Atlanta, Georgia 30309-3996
*rrobbins@robbinsfirm.com*

3

Jonathan A. Akins
John A. Christy
J. Carole Thompson Hord
Kelly L. Walsh
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
*jakins@swfllp.com*
*jchristy@swfllp.com*
*chord@swfllp.com*
*kwalsh@swfllp.com*

Michael E. Demont
Whitney K. McGuire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
*mdemont@smithhulsey.com*
*wmcguire@smithhulsey.com*

Kenneth W. Stroud
Mahaffey Pickens Tucker, LLP
1550 North Brown Road, Suite 125
Lawrenceville, Georgia 30043
*kstroud@mptlawfirm.com*

This 7th day of November 2017.

*/s/ John F. Isbell*
John F. Isbell

4