# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BAY CIRCLE PROPERTIES, LLC, *et al.*,[1] | ) | Case No. 15-58440-wlh |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## BAY POINT CAPITAL PARTNERS, LP'S
## RESPONSE TO UNITED STATES TRUSTEE'S MOTION TO DISMISS

Bay Point Capital Partners, LP ("Bay Point"), by and through the undersigned counsel, hereby files this Response to the United States Trustee's Motion to Dismiss or Convert (the "Motion") (Doc. No. 796). In support thereof, Bay Point respectfully shows the Court:

### RESPONSE

Bay Point acknowledges that Bay Circle Properties LLC (the "Debtor") has not timely filed Monthly Operating Reports. As the Court is aware, however, Bay Point has a secured indemnity claim against one or more of the Debtors arising from the Adversary Proceeding that is now before the Court, styled *Thakkar, et. al. v. Bay Point Capital LP, et al.*, Case No. 17-02548. Accordingly, Bay Point believes that the Debtors' bankruptcy cases are best left pending before the Court until all matters involving the Debtors have been resolved. To the extent the Court feels it is necessary, Bay Point believes that a conversion of this case to one under Chapter 7 or the appointment of a Chapter 11 Trustee are better alternatives to dismissal.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Bay Circle Properties, LLC (1578), DCT Systems Group, LLC (6978), Sugarloaf Centre, LLC (2467), Nilhan Developers, LLC (6335), and NRCT, LLC (1649) and are collectively referred to herein as "Debtors").

Respectfully submitted this 27th day of November 2017.

                */s/ John F. Isbell*
                John F. Isbell
                Georgia Bar No. 384883
                Garrett A. Nail
                Georgia  Bar No. 997924
                **THOMPSON HINE LLP**
                Two Alliance Center
                3560 Lenox Road, Suite 1600
                Atlanta, Georgia 30326
                Telephone:    404.541.2900
                Facsimile:    404.541.2905
                *john.isbell@thompsonhine.com*
                *garrett.nai@thompsonhine.com*

                *Counsel for Bay Point Capital Partners, LP*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing BAY POINT CAPITAL PARTNERS, LP'S RESPONSE TO UNITED STATES TRUSTEE'S MOTION TO DISMISS with the Clerk of Court using the CM/ECF system which will provide automatic notification of such filing to the following:

| | |
|---|---|
| Thomas W. Dworschak<br>Office of the U.S. Trustee<br>Suite 362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303<br>*Thomas.W.Dworschak@usdoj.gov* | Joshua J. Lewis,<br>James S. Rankin, Jr.<br>Parker, Hudson, Rainer & Dobbs LLP 303<br>Peachtree Street, N.E., Suite 3600<br>Atlanta, Georgia 30308<br>*jlewis@phrd.com*<br>*jrankin@phrd.com* |
| Anne P. Caiola<br>Elizabeth B. Rose<br>Slotkin & Caiola, LLC<br>118 E. Maple Street<br>Decatur, Georgia 30030<br>*anne@slotkincaiola.com*<br>*elizabeth@slotkincaiola.com* | David L. Bury, Jr.<br>Thomas T. McClendon<br>Stone & Baxter, LLP<br>577 Mulberry Street, Suite 800<br>Macon, Georgia 31201<br>*dbury@stoneandbaxter.com*<br>*tmcclendon@stoneandbaxter.com* |
| Jessica Talley-Peterson<br>HDH Advisors, LLC<br>2002 Summit Boulevard, Suite 950<br>Atlanta, Georgia 30319-6420<br>*jpeterson@hdhadvisors11c.com* | Shayna M. Steinfeld<br>Steinfeld & Steinfeld, P.C.<br>P.O. Box 49446<br>Atlanta, Georgia 30359<br>*shayna@steinfeldlaw.com* |
| Clay M. Townsend<br>Morgan & Morgan<br>20 N. Orange Avenue, Suite 1500<br>Orlando, Florida 32801<br>*CTownsend@ForThePeople.com* | Heather D. Brown<br>Brown Law, LLC<br>138 Bulloch Avenue<br>Roswell, Georgia 30075<br>*heather@hdbrownlaw.com* |
| Jon E. Kane<br>Mateer Harbert<br>225 E. Robinson Street, Suite 600<br>Orlando, Florida 32801<br>*jkane@mateerharbert.com* | Richard L. Robbins<br>Robbins Ross Alloy Belinfante Littlefield, LLC<br>999 Peachtree Street, N.E., Suite 1120<br>Atlanta, Georgia 30309-3996<br>*rrobbins@robbinsfirm.com* |

| | |
|---|---|
| Jonathan A. Akins | Michael E. Demont |
| John A. Christy | Whitney K. McGuire |
| J. Carole Thompson Hord | Smith Hulsey & Busey |
| Kelly L. Walsh | 225 Water Street, Suite 1800 |
| Schreeder, Wheeler & Flint, LLP | Jacksonville, Florida 32202 |
| 1100 Peachtree Street, N.E., Suite 800 | *mdemont@smithhulsey.com* |
| Atlanta, Georgia 30309-4516 | *wmcguire@smithhulsey.com* |
| *jakins@swfllp.com* | |
| *jchristy@swfllp.com* | |
| *chord@swfllp.com* | |
| *kwalsh@swfllp.com* | |

Kenneth W. Stroud
Mahaffey Pickens Tucker, LLP
1550 North Brown Road, Suite 125
Lawrenceville, Georgia 30043
*kstroud@mptlawfirm.com*

This 27th day of November 2017.

*/s/ John F. Isbell*
John F. Isbell
Georgia Bar No. 384883

4836-5037-8327.2