IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BAY CIRCLE PROPERTIES, LLC, et al.[1] | ) | Case No.: 15-58440-wlh |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## APPLICATION TO EMPLOY M. DENISE DOTSON, LLC AS SPECIAL APPELLATE COUNSEL FOR THE DEBTORS

COME NOW Bay Circle Properties, LLC, DCT Systems Group, LLC, Sugarloaf Centre, LLC, Nilhan Developers, LLC and NRCT, LLC, the debtors and debtors in possession in the above-captioned case (the "Debtors"), and in accordance with the provisions of 11 U.S.C. § 327(e), move this court for an order permitting them to employ the law firm of M. Denise Dotson, LLC ("Firm") as special litigation counsel for the Debtors to represent them in connection with the appeal styled <u>Bay Circle Properties, LLC, et al. v. SEG Gateway, LLC, et al.</u>, Case No. 1:17-CV-04715 (the "Appeal"), in the United States District Court for the Northern District of Georgia (the "District Court"), and in support thereof show this Court as follows:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are Bay Circle Properties, LLC (1578), DCT Systems Group, LLC (6978), Sugarloaf Centre, LLC (2467), Nilhan Developers, LLC (6335), and NRCT, LLC (1649).

1.

On November 7, 2017, this Court entered its Order on Amended and Restated Motion for Relief Under 11 U.S.C. § 363 and Substantive Consolidation [Doc. No. 797] (the "Order").

2.

On November 21, 2017, Debtors filed their Notice of Appeal and Statement of Election [Doc. No. 800], initiating the Appeal.

3.

Debtors wish to employ the Firm as counsel to represent them in the Appeal.

4.

The Firm is experienced, qualified and competent to represent the Debtors in connection with the Appeal.

5.

The Debtors seek to retain the Firm at its standard hourly rate of $250.00 per hour. The legal fees will be paid by Chuck Thakkar.

6.

Based upon the Firm's knowledge and experience, hourly rate, and the proposed payment structure, Debtors believe that employment of the Firm for purposes of the

Appeal is in the best interest of their respective estates and creditors and parties in interest.

7.

To the best of Debtors' knowledge, the Firm represents no interest adverse to the Debtors or their estates as to matters upon which said attorneys are being engaged by the Debtors, and the Firm's appointment will be in the best interest of the estates.

8.

Debtors disclose that the Firm has represented Debtors, affiliates of Debtors, Debtors' principals, or insiders thereof in the following matters: BKGD, LLC in adversary proceedings 16-5253-pwb and 16-5244-wlh filed in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division.

WHEREFORE, Debtors request this Court enter an Order in accordance with the provisions of 11 U.S.C. § 327(e) permitting them to employ M. Denise Dotson, LLC, as special appellate counsel for the Debtors in connection with the Appeal.

This 26th day of January, 2018.

/s/ John A. Christy
JOHN A. CHRISTY
Georgia Bar 125518
J. CAROLE THOMPSON HORD
Georgia Bar. 291473
JONATHAN A. AKINS
Georgia Bar No. 472453
*Attorneys for Debtors*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516
Tel:	(404) 681-3450
Fax:	(404) 681-1046
Email:	jchristy@swfllp.com
	chord@swfllp.com
	jakins@swfllp.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BAY CIRCLE PROPERTIES, LLC, *et al.* | ) | Case No.: 15-58440-wlh |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

STATEMENT PURSUANT TO 11 U.S.C. § 327(E) AND BANKRUPTCY
RULES 2014 AND 5002

STATE OF GEORGIA

COUNTY OF FULTON

Personally appeared before the undersigned officer duly authorized to administer oaths, M. Denise Dotson, who, after being duly sworn, does hereby depose and state on oath as follows:

1.

My name is M. Denise Dotson. I am a partner with M. Denise Dotson, LLC (the "Firm") and this affidavit is being made upon my personal knowledge.

2.

The Firm represents no interest adverse to the Debtors and their estates as to matters upon which it has been engaged by the Debtors. The appointment of the Firm as special counsel for the Debtors to represent them in the appeal styled <u>Bay</u>

<u>Circle Properties, LLC, et al. v. SEG Gateway, LLC, et al.</u>, Case No. 1:17-CV-04715 (the "Appeal"), in the United States District Court for the Northern District of Georgia (the "District Court"), is in the best interests of the Debtors' estates.  Except as disclosed herein, the members of the Firm have no connection with the Debtors, any creditor, the respective attorneys and accountants, the United States Trustee or any persons employed by the United States Trustee, any judge of this Court or the District Court or any person employed by a judge of this Court or the District Court, or any other party in interest.

3.

The Firm discloses that it has represented Debtors, affiliates of Debtors, Debtors' principals, or insiders thereof in the following matters: BKGD, LLC in adversary proceedings 16-5253-pwb and 16-5244-wlh filed in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division.

4.

None of the matters for which the Firm has previously represented Debtors, their affiliates, or other related parties creates a conflict of interest for the Firm in connection with the above-captioned Bankruptcy Case or the Appeal.

5.

The Firm has not been paid a retainer for acting as special counsel in the Appeal.

6.

The Firm has not been promised any guaranteed future payment for services by the Debtors. The Firm has agreed to represent the Debtors as the Firm's standard hourly rates, and understands that all such fees are subject to approval of the Bankruptcy Court.

7.

The compensation to be paid to the Firm in connection with the Appeal is not to be shared with any other entities.

M. DENISE DOTSON
Georgia Bar No. 227230

Sworn to and subscribed before me
This 26th day of January, 2018.

NOTARY PUBLIC
[NOTARIAL SEAL]

3

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the within and foregoing APPLICATION TO EMPLOY M. DENISE DOTSON, LLC AS SPECIAL APPELLATE COUNSEL FOR THE DEBTORS and STATEMENT PURSUANT TO 11 U.S.C. § 327 AND BANKRUPTCY RULES 2014 AND 5002 via the ECF system or by placing a copy of the same in the United States Mail, with sufficient postage thereon to ensure delivery on the attached Master Service List.

This 26th day of January, 2018.

/s/ Jonathan A. Akins
JONATHAN A. AKINS
Georgia Bar No. 472453

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Tel: (404) 681-3450
Fax: (404) 681-1046
K:\9208\1\Pleadings\Application to employ appellate counsel.docx

## MASTER SERVICE LIST

| | |
|---|---|
| Anne P. Caiola, Esq.<br>Elizabeth B. Rose, Esq. – VIA ECF<br>SLOTKIN & CAIOLA, LLC<br>118 E. Maple Street<br>Decatur, GA 30030 | AT&T<br>PO BOX 105262<br>ATLANTA, GA 30348 |
| BELLSOUTH TELECOMMUNICATIONS, INC. /<br>AT&T SERVICES, INC.<br>C/O KAREN CAUAGNARO<br>ONE AT&T WAY, ROOM 3A104<br>BEDMINSTER, NJ 07921 | C. Edward Dobbs, Esq. – VIA ECF<br>James S. Rankin, Jr., Esq. – VIA ECF<br>PARKER, HUDSON, RAINER & DOBBS LLP<br>303 Peachtree Street, NE<br>Suite 3600<br>Atlanta, Georgia 30308 |
| CITY OF SMYRNA UTILITIES<br>PO BOX 116296<br>ATLANTA, GA 30368-6296 | COBB COUNTY WATER SYSTEM<br>PO BOX 580440<br>CHARLOTTE, NC 28258 |
| CREDITORS ADJUSTMENT BUREAU<br>14226 VENTURA BLVD<br>SHERMAN OAKS, CA 91423 | David L. Bury, Jr. – VIA ECF<br>STONE & BAXTER, LLP<br>577 Mulberry Street, Suite 800<br>Macon, GA  31201 |
| D&G CONSTRUCTION MANAGEMENT, LLC<br>6400 POWERS FERRY ROAD, SUITE 350<br>ATLANTA, GA 30339 | GEORGIA POWER COMPANY<br>96 ANNEX<br>ATLANTA, GA 30396 |
| GWINNETT COUNTY WATER RESOURCES<br>PO BOX 530575<br>ATLANTA, GEORGIA 30353 | HCL AMERICA, INC.<br>P.O. BOX 5932<br>SHERMAN OAKS, CA 91413 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | New South Commercial Properties, Inc.<br>c/o James B McClung<br>Carol Clark Law<br>6075 Lake Forrest Drive, Suite 200<br>Atlanta, Georgia 30328 |

| | |
|---|---|
| Kenneth W. Stroud, Esq. – VIA ECF<br>MAHAFFEY PICKENS TUCKER, LLP<br>1550 North Brown Road<br>Suite 125<br>Lawrenceville, GA 30043 | KIDS FIRST PEDIATRIC ALLIANCE<br>5500 INTERSTATE NORTH PARKWAY<br>SUITE #200<br>ATLANTA, GEORGIA 30328 |
| LECRAW ENGINEERING<br>3475 CORPORATE WAY<br>SUITE A<br>DULUTH, GEORGIA 30096 | Michael E. Demont<br>Whitney K. McGuire<br>SMITH HULSEY & BUSEY<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 |
| NILHAN FINANCIAL<br>5100 PEACHTREE INDUSTRIAL BLVD<br>NORCROSS, GA 30071 | NILOY, INC.<br>5100 PEACHTREE INDUSTRIAL BLVD<br>NORCROSS, GA 30071-5721 |
| NORCROSS HOSPITALITY<br>5100 PEACHTREE INDUSTRIAL BLVD<br>NORCROSS, GA 30071 | PHOENIX ELEVATOR SERVICE<br>591 THORNTON ROAD, SUITE S<br>LITHIA SPRINGS, GA 30122-1546 |
| REPUBLIC SERVICES, INC. (DE CORP.)<br>18500 NORTH ALLIED WAY<br>PHOENIX, AZ 85054 | SECRETARY OF TREASURY<br>15TH & PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20200 |
| SERVICE MASTER<br>PO BOX 670053<br>MARIETTA, GA 30066 | Thomas W. Dworschak<br>OFFICE OF THE U.S. TRUSTEE<br>Suite 362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303 |
| U.S. ATTORNEY<br>600 RICHARD B. RUSSELL BLDG.<br>75 TED TURNER DRIVE, SW<br>ATLANTA, GA 30303 | U.S. SECURITIES & EXCHANGE COMMISSION<br>OFFICE OF REORGANIZATION<br>SUITE 900<br>950 EAST PACES FERRY ROAD, NE<br>ATLANTA, GA 30326-1382 |
| SHAYNA M. STEINFELD – VIA ECF<br>STEINFELD & STEINFELD, P.C.<br>P.O. BOX 49446<br>ATLANTA, GEORGIA 30359 | CLAY M. TOWNSEND<br>MORGAN & MORGAN PA<br>20 N. ORANGE AVE, SUITE 1500<br>ORLANDO, FL 32801 |

K:\9208\1\Pleadings\Application to employ appellate counsel.docx

| | |
|---|---|
| HEATHER D. BROWN – VIA ECF<br>BROWN LAW, LLC<br>138 BULLOCH AVENUE<br>ROSWELL, GA 30075 | SIMBA GLOBAL PTY LTD.<br>189-311 BAYWATER ROAD<br>BAYSWATER NORTH, VICTORIA<br>AUSTRALIA   315323 |
| JOHN F. ISBELL – VIA ECF<br>THOMPSON HINE LLP<br>TWO ALLIANCE CENTER<br>3560 LENOX ROAD, SUITE 1600<br>ATLANTA, GEORGIA 30326 | New South Commercial Properties, Inc.<br>Reg. Agent: Chuck Sechler<br>750 Hammond Drive,<br>Building 16, Suite 350<br>Atlanta, Georgia 30328 |
| Walter E. Jones – Via ECF<br>Balch & Bingham, LLP<br>30 Ivan Allen Jr., Blvd<br>Suite 700<br>Atlanta, GA  30308 | Mark S. Marani – Via ECF<br>Cohen Pollock Merlin & Small, PC<br>3350 Riverwood Parkway<br>Suite 1600<br>Atlanta, Georgia 30339 |
| Michael B. Weinstein<br>MBW Law, LLC<br>949 Image Avenue -Suite B<br>Atlanta, GA 30318 | Michael Robl – Via ECF<br>Robl Law Group, LLC<br>3754 Lavista Road, Ste 250<br>Tucker, GA 30084 |