**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| BAY CIRCLE PROPERTIES, LLC, *et al.*, | : | CASE NO. 15-58440-wlh |
| | : | (Jointly Administered) |
| _ _ _ DEBTORS. _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | : _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| | : | |
| GUY G. GEBHARDT, | : | |
| ACTING UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT. | : | |
| | : | |
| -vs- | : | CONTESTED MATTER |
| | : | |
| BAY CIRCLE PROPERTIES, LLC, *et al.*, | : | |
| | : | |
| RESPONDENTS. | : | |

**NOTICE OF RESET HEARING**

PLEASE TAKE NOTICE that the United States Trustee has filed a Motion to Dismiss or Convert.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the United States Trustee's Motion in **Courtroom 1403,** United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at 1:30 p.m. on Tuesday, May 8, 2018.

Your rights may be affected by the court's ruling on this pleading. You should read the motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in the motion or if you want the Court to consider your views, then you or your attorney must attend the hearing.

You may also file a written response to the motion with the Clerk of the Bankruptcy Court, but you are not required to do so. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's office is Clerk, United States Bankruptcy Court, Suite 1340, Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. You must mail a copy of your response to the Office of the United States Trustee at Suite 362, Richard Russell Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

Date: April 11, 2018

                                                                Prepared and Served by:

/s/ *Thomas W. Dworschak*
Thomas W. Dworschak, Trial Attorney
Georgia Bar No.: 236380

United States Department of Justice
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, S.W
Atlanta, Georgia  30303
404-331-4437, ext. 145
Thomas.W.Dworschak@USDOJ.gov

## CERTIFICATE OF SERVICE

I hereby certify on April 11, 2018, I caused a copy of the attached Notice of Reset Hearing to be sent by first class United States mail, properly addressed and with correct postage to the following:

Anne P. Caiola, Esq.
Elizabeth B. Rose, Esq.
Slotkin & Caiola,LLC
118 E. Maple Street
Decatur, GA 30030

AT&T
PO Box 105262
Atlanta, GA 30348

Bellsouth Telecommunications, Inc.
AT&T Services, Inc.
C/O Karen Cauagnaro
One AT&T Way, Room 3A104
Bedminster, NJ 07921

C. Edward Dobbs, Esq.
James S. Rankin, Jr., Esq.
PARKER, HUDSON, RAINER
& DOBBS LLP
303 Peachtree Street, NE, Suite 3600
Atlanta, Georgia 30308

CITY OF SMYRNA UTILITIES
PO Box 116296
ATLANTA, GA 30368-6296

COBB COUNTY WATER SYSTEM
PO Box 580440
CHARLOTTE, NC 28258

CREDITORS ADJUSTMENT BUREAU
14226 VENTURA BLVD
SHERMAN OAKS, CA 91423

David L. Bury, Jr
STONE & BAXTER, LLP
577 Mulberry Street, Suite 800
Macon, GA 31201

D&G CONSTRUCTION
MANAGEMENT, LLC
6400 POWERS FERRY ROAD, SUITE 350
ATLANTA, GA 30339

GEORGIA POWER COMPANY
96 ANNEX
ATLANTA, GA 30396

GWINNETT COUNTY WATER
RESOURCES
PO Box 530575
ATLANTA, GEORGIA 30353

HCL AMERICA, INC.
P.O. Box 5932
SHERMAN OAKS, CA 91413

INTERNAL REVENUE SERVICE
PO Box 7346
PHILADELPHIA, PA 19101-7346

New South Commercial Properties, Inc.
c/o James B McClung
Carol Clark Law
6075 Lake Forrest Drive, Suite 200
Atlanta, Georgia 30328

Kenneth W. Stroud, Esq
MAHAFFEY PICKENS TUCKER, LLP
1550 North Brown Road Suite 125
Lawrenceville, GA 30043

KIDS FIRST PEDIATRIC ALLIANCE
5500 INTERSTATE NORTH PARKWAY
SUITE #200
ATLANTA, GEORGIA 30328

LECRAW ENGINEERING
3475 CORPORATE WAY, SUITE A
DULUTH, GEORGIA 30096

Michael E. Demont
Whitney K. McGuire
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, FL 32202

NILHAN FINANCIAL
5100 PEACHTREE INDUSTRIAL BLVD
NORCROSS, GA 30071

NILOY, INC.
5100 PEACHTREE INDUSTRIAL BLVD
NORCROSS, GA 30071-5721

NORCROSS HOSPITALITY
5100 PEACHTREE INDUSTRIAL BLVD
LITHIA SPRINGS, GA 30122-1546

PHOENIX ELEVATOR SERVICE
591 THORNTON ROAD, SUITE S
LITHIA SPRINGS, GA 30122-1546

REPUBLIC SERVICES, INC. (DE CORP.)
18500 NORTH ALLIED WAY
PHOENIX, AZ 85054

SECRETARY OF TREASURY
15TH & PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20200

SERVICE MASTER
PO Box 670053
MARIETTA, GA 30066

U.S. ATTORNEY
600 RICHARD B. RUSSELL BLDG.
75 TED TURNER DRIVE, SW
ATLANTA, GA 30303

U.S. SECURITIES
& EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
SUITE 900, 950 EAST PACES FERRY
ROAD, NE
ATLANTA, GA 30326-1382

SHAYNA M. STEINFELD
STEINFELD & STEINFELD, P.C.
P.O. Box 49446
ATLANTA, GEORGIA 30359

CLAY M. TOWNSEND
MORGAN & MORGAN PA
20 N. ORANGE AVE, SUITE 1500
ORLANDO, FL 32801

HEATHER D. BROWN
BROWN LAW, LLC
138 BULLOCH AVENUE
ROSWELL, GA 30075

SIMBA GLOBAL PTY LTD.
189-311 BAYWATER ROAD
BAYSWATER NORTH
VICTORIA AUSTRALIA 315323

JOHN F. ISBELL
THOMPSON HINE LLP
TWO ALLIANCE CENTER
3560 LENOX ROAD, SUITE 1600
ATLANTA, GEORGIA 30326

New South Commercial Properties, Inc.
Reg. Agent: Chuck Sechler
750 Hammond Drive,
Building 16, Suite 350
Atlanta, Georgia 30328

Walter E. Jones
Balch & Bingham, LLP
30 Ivan Allen Jr., Blvd Suite 700
Atlanta, GA 30308

Mark S. Marani
Cohen Pollock Merlin & Small, PC
3350 Riverwood Parkway
Suite 1600
Atlanta, Georgia 30339

Michael B. Weinstein
MBW Law, LLC
949 Image Avenue -Suite B
Atlanta, GA 30318

Michael Robl
Robl Law Group, LLC
3754 Lavista Road, Ste 250
Tucker, GA 30084

Bay Circle Properties, LLC
6050 Peachtree Industrial Boulevard
Suite 801
Norcross GA 30071-5721

Jonathan A Akins
Kelly L. Walsh
J. Carole Thompson Hord
John A. Christy
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, Suite 800
Atlanta GA 30309-4516

DCT Systems Group, LLC
6050 Peachtree Industrial Boulevard
Suite 801
Norcross GA 30071-5721

Jessica Talley-Peterson
HDH Advisors, LLC
Suite 950, 2002 Summit Boulevard
Atlanta GA 30319

NRCT, LLC
6050 Peachtree Industrial Boulevard
Suite 801
Norcross GA 30071-5721

Nilhan Developers, LLC
6050 Peachtree Industrial Boulevard
Suite 801
Norcross GA 30071-5721

Sugarloaf Centre, LLC
6050 Peachtree Industrial Boulevard
Suite 801
Norcross GA 30071-5721

*/s/ Thomas W. Dworschak*

4