**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BAY CIRCLE PROPERTIES, LLC, *et al.*,[1] | ) | Case No. 15-58440-wlh |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**BAY POINT CAPITAL PARTNERS, LP'S RENEWED OBJECTION
IN RESPONSE TO U.S. TRUSTEE'S MOTION TO DISMISS**

Bay Point Capital Partners, LP, by and through undersigned counsel, hereby files its renewed objection in response to the U.S. Trustee's Motion to Dismiss or Convert [Doc. 796], and Notice Rescheduling Hearing [Doc. 835], and incorporates herein by reference its initial response [Doc. 808], filed on November 27, 2017.

Submitted this 2nd day of May 2018.

*/s/ Garrett A. Nail*
John F. Isbell
Georgia Bar No. 384883
Garrett A. Nail
Georgia Bar No. 997924
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Telephone: 404-541-2900
Facsimile: 404-541-2905
*john.isbell@thomponhine.com*
*garrett.nail@thompsonhine.com*

*Counsel for Bay Point Capital Partners, LP*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Bay Circle Properties, LLC (1578); DCT Systems Group, LLC (6978); Sugarloaf Centre, LLC (2467); Nilhan Developers, LLC (6335); and NRCT, LLC (1649), and are collectively referred to herein as "Debtors").

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing BAY POINT CAPITAL PARTNERS, LP'S RENEWED OBJECTION IN RESPONSE TO U.S. TRUSTEE'S MOTION TO DISMISS with the Clerk of Court using the CM/ECF system which will provide automatic notification of such filing to the following:

| | |
|---|---|
| Thomas W. Dworschak<br>Office of the U.S. Trustee<br>Suite 362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303<br>*Thomas.W.Dworschak@usdoj.gov* | Joshua J. Lewis,<br>James S. Rankin, Jr.<br>Parker, Hudson, Rainer & Dobbs LLP 303<br>Peachtree Street, N.E., Suite 3600<br>Atlanta, Georgia 30308<br>*jlewis@phrd.com*<br>*jrankin@phrd.com* |
| Anne P. Caiola<br>Elizabeth B. Rose<br>Slotkin & Caiola, LLC<br>118 E. Maple Street<br>Decatur, Georgia 30030<br>*anne@slotkincaiola.com*<br>*elizabeth@slotkincaiola.com* | David L. Bury, Jr.<br>Thomas T. McClendon<br>Stone & Baxter, LLP<br>577 Mulberry Street, Suite 800<br>Macon, Georgia 31201<br>*dbury@stoneandbaxter.com*<br>*tmcclendon@stoneandbaxter.com* |
| Jessica Talley-Peterson<br>HDH Advisors, LLC<br>2002 Summit Boulevard, Suite 950<br>Atlanta, Georgia 30319-6420<br>*jpeterson@hdhadvisors11c.com* | Shayna M. Steinfeld<br>Steinfeld & Steinfeld, P.C.<br>P.O. Box 49446<br>Atlanta, Georgia 30359<br>*shayna@steinfeldlaw.com* |
| Clay M. Townsend<br>Morgan & Morgan<br>20 N. Orange Avenue, Suite 1500<br>Orlando, Florida 32801<br>*CTownsend@ForThePeople.com* | Heather D. Brown<br>Brown Law, LLC<br>138 Bulloch Avenue<br>Roswell, Georgia 30075<br>*heather@hdbrownlaw.com* |
| Jon E. Kane<br>Mateer Harbert<br>225 E. Robinson Street, Suite 600<br>Orlando, Florida 32801<br>*jkane@mateerharbert.com* | Richard L. Robbins<br>Robbins Ross Alloy Belinfante Littlefield, LLC<br>999 Peachtree Street, N.E., Suite 1120<br>Atlanta, Georgia 30309-3996<br>*rrobbins@robbinsfirm.com* |

<table>
<tr><td>

Jonathan A. Akins
John A. Christy
J. Carole Thompson Hord
Kelly L. Walsh
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
*jakins@swfllp.com*
*jchristy@swfllp.com*
*chord@swfllp.com*
*kwalsh@swfllp.com*

</td><td>

Michael E. Demont
Whitney K. McGuire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
*mdemont@smithhulsey.com*
*wmcguire@smithhulsey.com*

</td></tr>
</table>

Kenneth W. Stroud
Mahaffey Pickens Tucker, LLP
1550 North Brown Road, Suite 125
Lawrenceville, Georgia 30043
*kstroud@mptlawfirm.com*

This 2nd day of May 2018.

*/s/ Garrett A. Nail*
Garrett A. Nail
Georgia Bar No. 997924