IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>BAY CIRCLE PROPERTIES, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 15-58440-wlh<br>(Jointly Administered) |

# RENEWED RESPONSE TO UNITED STATES TRUSTEE'S
# MOTION TO CONVERT OR DISMISS

SEG Gateway, LLC and Good Gateway, LLC (collectively, "Gateway") renew their Response to United States Trustee's Motion to Convert or Dismiss [doc. 796], and Notice Rescheduling Hearing [doc. 835], and incorporates by reference their initial response [doc. 807], filed November 27, 2017.

Respectfully submitted, this 3rd day of May, 2018.

*/s/ Walter E. Jones*
Walter E. Jones
Georgia Bar Number 163287

*Attorney for Good Gateway, LLC and SEG Gateway, LLC*

**Balch & Bingham LLP**
30 Ivan Allen Jr. Boulevard, N.W.
Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
wjones@balch.com

255883.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 3, 2017, I electronically filed the foregoing *Renewed Response to United States Trustee's Motion to Convert or Dismiss* with the Clerk of the Court by using the Court's CM/ECF system, which will provide automatic notice to all counsel of record.

*/s/ Walter E. Jones*
Walter E. Jones
Georgia Bar Number 163287

255883.1

2