UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| BAY CIRCLE PROPERTIES, LLC, | ) | CASE NUMBER: 15-58440-wlh |
| | ) | |
| Debtor. | ) | |
| | ) | |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM MARCH 1, 2018 TO MARCH 31, 2018

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

/s/ John A. Christy*
John A. Christy
Georgia Bar No. 125518
J. Carole Thompson Hord
Georgia Bar No. 291473

Debtor's Address
and Phone Number:

Bay Circle Properties, LLC
6050 Peachtree Industrial Boulevard, Suite 801
Norcross, Georgia 30071-5721
(770) 734-4311

Attorney's Address
and Phone Number:

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-4516
(404) 681-3450

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.

1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements9
3) Frequently Asked Questions (FAQs)

* - This report was prepared and assembled by the Debtor. Debtor's counsel has not verified the accuracy of the information contained in the report.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

FOR THE PERIOD BEGINNING ___3/1/2018___    AND ENDING ___3/31/2018___

Name of Debtor: Bay Circle Properties LLC    Case No. ___15-58440-wlh___
Date of Petition: 5/4/2015

|  | CURRENT MONTH | PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 1,209.50 (a) | 13,043.67 (b) |
| 2. RECEIPTS: |  |  |
| A. Cash Sales | 0.00 | 0.00 |
| Minus: Cash Refunds | ( 0.00 | 0.00 |
| Net Cash Sales | 0.00 | 0.00 |
| B. Accounts Receivable | 0.00 | 495,386.19 |
| (If you receive rental income, you must attach a rent roll.) | 0.00 | 6,787.36 |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 0.00 | 502,173.55 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 1,209.50 | 515,217.22 |
| 5. DISBURSEMENTS: |  |  |
| A. Advertising | 0.00 | 0.00 |
| B. Bank Charges | 46.00 | 1,743.53 |
| C. Contract Labor | 0.00 | 0.00 |
| D. Fixed Asset Payments (not incl. in "N") | 0.00 | 0.00 |
| E. Insurance | 0.00 | 11,627.00 |
| F. Inventory Payments (See Attach. 3) | 0.00 | 0.00 |
| G. Leases | 0.00 | 0.00 |
| H. Manufacturing Supplies | 0.00 | 0.00 |
| I. Office Supplies | 0.00 | 0.00 |
| J. Payroll - Net (See Attachment 4B) | 0.00 | 0.00 |
| K. Professional Fees (Accounting & Legal) | 0.00 | 4,675.00 |
| L. Rent | 0.00 | 0.00 |
| M. Repairs & Maintenance | 0.00 | 16,193.49 |
| N. Secured Creditor Payments (See Attach. 2) | 0.00 | 219,190.26 |
| O. Taxes Paid - Payroll (See Attachment 5C) | 0.00 | 0.00 |
| P. Taxes Paid - Sales & Use (See Attachment 5C) | 0.00 | 0.00 |
| Q. Taxes Paid - Other (See Attachment 5C) | 0.00 | 169,640.22 |
| R. Telephone | 0.00 | 0.00 |
| S. Travel & Entertainment | 0.00 | 0.00 |
| Y. U.S. Trustee Quarterly Fees | 0.00 | 6,825.00 |
| U. Utilities | 0.00 | 55,789.15 |
| V. Vehicle Expenses | 0.00 | 0.00 |
| W. Other Operating Expenses (Pulls from MOR-3) | 0.00 | 28,370.07 |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 46.00 | 514,053.72 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 1,163.50 | 1,163.50 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _1st_ day of _May_ , _2018_ .

_____
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition

(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Deposit to open new 5/3 DIP account | - | 550.00 |
| Void Ck #1002 Russell Landscape | - | 1,240.00 |
| Capital Contribution | - | 3,662.30 |
| Georgia Power Refund | - | 1,335.06 |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | - | 6,787.36 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties**
**directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| HDH Advisors (Examiner Fees) | | 14,300.00 |
| Stone & Baxter (Examiner Fees) | | 1,200.00 |
| GA Power (on behalf of affiliate) | | 12,870.07 |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | 0.00 | 28,370.07 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

# Balance Sheet

Bay Circle Properties LLC

*As Of Saturday March 31, 2018  (accrual basis)*

**ASSETS**

| | | |
|---|---|---:|
| Bank | | |
| | Checking (DIP) - Fifth Third 2761 | 325.00 |
| | Escrow Fifth Third 1202 | 838.50 |
| | Total Bank | 1,163.50 |
| | | |
| Other Current Asset | | |
| | Secured Creditor Payments | 5,569,190.26 |
| | Total Other Current Asset | 5,569,190.26 |
| | | |
| Other Asset | | |
| | Due - Affiliates | 1,849,941.23 |
| | Total Other Asset | 1,849,941.23 |
| | | |
| **TOTAL ASSETS** | | **7,420,294.99** |

**LIABILITIES & EQUITY**

| | | |
|---|---|---:|
| Liabilities | | |
| | Other Current Liability | |
| | Accrued Expenses | 9,218.00 |
| | Total Other Current Liability | 9,218.00 |
| | | |
| | **Total Liabilities** | 9,218.00 |
| | | |
| Equity | | |
| | Members' Capital | 7,411,076.99 |
| | **Total Equity** | 7,411,076.99 |
| | | |
| **TOTAL LIABILITIES & EQUITY** | | **7,420,294.99** |

# Profit & Loss 12 Month Recap

Bay Circle Properties LLC

*Monthly recap 4/1/2017-3/31/2018    (accrual basis)*

| | APR 17 | MAY 17 | JUN 17 | JUL 17 | AUG 17 | SEP 17 | OCT 17 | NOV 17 | DEC 17 | JAN 18 | FEB 18 | MAR 18 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EXPENSE** | | | | | | | | | | | | | |
| Bank Fees | 35.00 | 35.00 | 35.00 | 52.00 | 89.00 | 96.25 | 89.00 | 70.00 | 46.00 | 46.00 | 46.00 | 46.00 | 685.25 |
| US Trustee Fees | 0.00 | 325.00 | 0.00 | 0.00 | 325.00 | 0.00 | 650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,300.00 |
| **TOTAL EXPENSE** | **35.00** | **360.00** | **35.00** | **52.00** | **414.00** | **96.25** | **739.00** | **70.00** | **46.00** | **46.00** | **46.00** | **46.00** | **1,985.25** |
| | | | | | | | | | | | | | |
| **NET INCOME** | **-35.00** | **-360.00** | **-35.00** | **-52.00** | **-414.00** | **-96.25** | **-739.00** | **-70.00** | **-46.00** | **-46.00** | **-46.00** | **-46.00** | **-1,985.25** |
| | | | | | | | | | | | | | |
| **NET INCOME SUMMARY** | | | | | | | | | | | | | |
| Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Expense | -35.00 | -360.00 | -35.00 | -52.00 | -414.00 | -96.25 | -739.00 | -70.00 | -46.00 | -46.00 | -46.00 | -46.00 | -1,985.25 |
| Other Inc/Exp | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **NET INCOME** | **-35.00** | **-360.00** | **-35.00** | **-52.00** | **-414.00** | **-96.25** | **-739.00** | **-70.00** | **-46.00** | **-46.00** | **-46.00** | **-46.00** | **-1,985.25** |




Income
Expense
Net Income





## ATTACHMENT 1

### MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor:    Bay Circle Properties LLC        Case Number:        15-58440-wlh

Reporting Period beginning:    3/1/2018    Period ending:    3/31/2018

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ _____ - | (a) |
| PLUS: Current Month New Billings | $ _____ - | |
| MINUS: Collection During the Month | $ _____ - | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ _____ - | * |
| End of Month Balance | $ _____ - | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total | |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

## ATTACHMENT 2
### MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor:   Bay Circle Properties LLC        Case Number:        15-58440-wlh

Reporting Period beginning:      3/1/2018      Period ending:      3/31/2018

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| TOTAL AMOUNT | | | | (b) - |

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ - | (a) |
| PLUS: New Indebtedness Incurred This Month | $ 46.00 | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ (46.00) | |
| PLUS/MINUS: Adjustments | $ - | * |
| Ending Month Balance | $ - | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Deliquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | - (d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.

(b, c)The total of line (b) must equal line (c).

(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor:    Bay Circle Properties LLC    Case Number:    15-58440-wlh

Reporting Period beginning:    3/1/2018    Period ending:    3/31/2018

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:    $ _____ -

INVENTORY RECONCILIATION:

| | |
|---|---|
| Inventory Balance at Beginning of Month | $ _____ - (a) |
| PLUS: Inventory Purchased During Month | $ _____ - |
| MINUS: Inventory Used or Sold | $ _____ - |
| PLUS/MINUS: Adjustments or Write-downs | $ _____ - |
| Inventory on Hand at End of Month | $ _____ - |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____ % | _____ % | _____ % | _____ % = | _____ % * |

* Aging Percentages must equal 100%.

☐  Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:    _____ (b)

(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only _____ **Commercial Rental Property** _____

FIXED ASSETS RECONCILIATION:

| | |
|---|---|
| Fixed Asset Book Value at Beginning of Month | $ _____ - (a)(b) |
| MINUS:  Depreciation Expense | $ _____ - |
| PLUS:  New Purchases | $ _____ - |
| PLUS/MINUS: Adjustments or Write-downs | $ _____ - * |
| Ending Monthly Balance | $ _____ - |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

  BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor:    Bay Circle Properties LLC    Case Number:    15-58440-wlh

Reporting Period beginning:    3/1/2018    Period ending:    3/31/2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:    Fifth Third Bank    BRANCH:    Peachtree Corners

ACCOUNT NAME:    Bay Circle Properties LLC    ACCOUNT NUMBER:    xxxxxx2761

PURPOSE OF ACCOUNT:    Operating

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 325.00 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charge | $ | - |
| Ending Balance per Check Register | $ | 325.00 **(a) |

**\* Debit cards are used by:**    N/A

**\*\* If Closing Balance if negative, provide explanation:**

---

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| $ | - | Transferred to Payroll Account |
| $ | - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as  "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# Bank Reconciliation Report

Checking (DIP) - Fifth Third 2761
*Reconcile Date: 3/31/2018*

## Payments

| Date | Ref # | Details | Amount |
|------|-------|---------|--------|
| 3/12/2018 | | Fifth Third Bank | 35.00 |
| | | | **35.00** |

## Summary

| | | | | |
|---|---|---|---|---|
| Previous Cleared Balance: | 360.00 | | Reconciled Balance | 325.00 |
| Selected Payments: | 35.00 | | + Uncleared Deposits | 0.00 |
| Selected Deposits: | 0.00 | | - Outstanding Checks | 0.00 |
| Reconciled Balance: | 325.00 | | | |
| Goal: | 325.00 | | Register Balance | 325.00 |
| Difference: | 0.00 | | | |



**FIFTH THIRD BANK**
(GEORGIA)
P.O. BOX 630900 CINCINNATI OH 45263-0900

BAY CIRCLE PROPERTIES LLC
5100 PEACHTREE INDUSTRIAL BLVD
STE 100
PEACHTREE CORNERS GA
30071-5721



0

1405

Statement Period Date: 3/1/2018 - 3/31/2018
Account Type: 5/3 BUS ELITE CKG
Account Number: ⬛⬛⬛2761

Banking Center: Peachtree Corners
Banking Center Phone: 770-416-0141
Business Banking Support: 877-534-2264

## Account Summary - ⬛⬛⬛2761

| | | | | |
|---|---|---|---|---|
| 03/01 | **Beginning Balance** | **$360.00** | Number of Days in Period | 31 |
| | Checks | | | |
| 1 | Withdrawals / Debits | $(35.00) | | |
| | Deposits / Credits | | | |
| 03/31 | **Ending Balance** | **$325.00** | | |

**Analysis Period: 02/01/18 - 02/28/18**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| **Standard Monthly Service Charge Waived** (see below) | **$0.00** |
| **Service Charge withdrawn on 03/12/18** | **$35.00** |

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts.

**OR** your business has a business loan or line of credit.

**OR** your business spends at least $500 per month on its business credit card **PLUS** has one of the following: Electronic Deposit Manager **OR** Cash Management Essentials.

**Current Relationship Overview:**

| | |
|---|---|
| **Balance Criteria Met?** | **No** |
| Total Combined Monthly Average Balance | $1,227.57 |
| **Business Loan or Line of Credit?** | **No** |
| **Other Criteria Met?** | **No** |
| $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager? | No |
| Cash Management Essentials? | No |

## Withdrawals / Debits

**1 item totaling $35.00**

| Date | Amount | Description |
|---|---|---|
| 03/12 | 35.00 | SERVICE CHARGE |

## Daily Balance Summary

| Date | Amount |
|---|---|
| 03/12 | 325.00 |

## ATTACHMENT 5A

### CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:    Bay Circle Properties LLC          Case Number:    15-58440-wlh

Reporting Period beginning    3/1/2018    Period ending:    3/31/2018

NAME OF BANK:    Fifth Third Bank    BRANCH:   Peachtree Corners

ACCOUNT NUMBER:    xxxxxx2761

PURPOSE OF ACCOUNT:    Operating

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| 3/12/2018 | | FIFTH THIRD | SERVICE CHARGE | $      35.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL | | $      35.00 |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor:   Bay Circle Properties LLC     Case Number:     15-58440-wlh

Reporting Period beginning:   3/1/2018     Period ending:   3/31/2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK:            N/A                    BRANCH:

ACCOUNT NAME:                          ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:              Payroll

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charge | $ | |
| Ending Balance per Check Register | $ | **(a) |

**\* Debit cards must not be issued on this account.**

**\*\* If Closing Balance if negative, provide explanation:** _____

The following disbursements were paid in Cash:

( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll distursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as  "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B

## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:    Bay Circle Properties LLC          Case Number:    15-58440-wlh

Reporting Period beginning    3/1/2018      Period ending:    3/31/2018

NAME OF BANK:              N/A          BRANCH:

ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:                    Payroll

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor:    Bay Circle Properties LLC        Case Number:        15-58440-wlh

Reporting Period beginning:    3/1/2018    Period ending:    3/31/2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website,  http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:        Fifth Third        BRANCH:        Peachtree Corners

ACCOUNT NAME:    Bay Circle Properties LLC    ACCOUNT NUMBER:        xxxxxx1202

PURPOSE OF ACCOUNT:        Tax and Insurance Escrow

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 838.50 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other debits | $ | - * |
| Minus Service Charge | $ | - |
| Ending Balance per Check Register | $ | 838.50 **(a) |

**\* Debit cards must not be issued on this account.**

**\*\* If Closing Balance if negative, provide explanation:** _____

The following disbursements were paid in Cash:
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax distursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Disbursement from |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as  "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# Bank Reconciliation Report

Escrow Fifth Third 1202
*Reconcile Date: 3/31/2018*

## Payments

| Date | Ref # | Details | Amount |
|------|-------|---------|--------|
| 3/12/2018 | | Fifth Third Bank | 11.00 |
| | | | **11.00** |

## Summary

| | | |
|---|---|---|
| **Previous Cleared Balance:** | 849.50 | |
| **Selected Payments:** | 11.00 | |
| **Selected Deposits:** | 0.00 | |
| **Reconciled Balance:** | 838.50 | |
| **Goal:** | 838.50 | |
| **Difference:** | 0.00 | |

| | |
|---|---|
| **Reconciled Balance** | 838.50 |
| **+ Uncleared Deposits** | 0.00 |
| **- Outstanding Checks** | 0.00 |
| **Register Balance** | 838.50 |



**FIFTH THIRD BANK**

(GEORGIA)
P.O. BOX 630900 CINCINNATI OH 45263-0900



BAY CIRCLE PROPERTIES LLC
5100 PEACHTREE INDUSTRIAL BLVD
STE 100
PEACHTREE CORNERS GA
30071-5721

0

1412

Statement Period Date: 3/1/2018 - 3/31/2018
Account Type: 5/3 BUS STANDARD CKG
Account Number: ●●●●●1202

Banking Center: Peachtree Corners
Banking Center Phone: 770-416-0141
Business Banking Support: 877-534-2264

## Account Summary - ●●●●1202

| Date | | Amount | | |
|------|----|-------|---|---|
| 03/01 | **Beginning Balance** | $849.50 | Number of Days in Period | 31 |
| | Checks | | | |
| 1 | Withdrawals / Debits | $(11.00) | | |
| | Deposits / Credits | | | |
| 03/31 | **Ending Balance** | $838.50 | | |

**Analysis Period: 02/01/18 - 02/28/18**

| | |
|---|---|
| Standard Monthly Service Charge | $11.00 |
| **Standard Monthly Service Charge Waived** (see below) | **$0.00** |
| **Service Charge withdrawn on 03/12/18** | **$11.00** |

**Standard Monthly Service Charge waived if:**

Your business maintains a total monthly average balance of $3,500 across its business checking, savings, and certificate of deposit accounts.

**OR** your business spends at least $500 per month on its business credit card.

**Current Relationship Overview:**

| | |
|---|---|
| **Balance Criteria Met?** | **No** |
| Total Combined Monthly Average Balance | $1,227.57 |
| **Other Criteria Met?** | **No** |
| $500 Business Credit Card Spend? | No |

## Withdrawals / Debits

1 item totaling $11.00

| Date | Amount | Description |
|------|--------|-------------|
| 03/12 | 11.00 | SERVICE CHARGE |

## Daily Balance Summary

| Date | Amount |
|------|--------|
| 03/12 | 838.50 |

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: _Bay Circle Properties LLC_    Case Number: _15-58440-wlh_

Reporting Period beginning: _3/1/2018_    Period ending: _3/31/2018_

NAME OF BANK: _Fifth Third_    BRANCH: _Peachtree Corners_

ACCOUNT NUMBER: _xxxxxx1202_

PURPOSE OF ACCOUNT: _Tax and Insurance Escrow_

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included. http://www.usdj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 3/12/2018 | | FIFTH THIRD | SERVICE CHARGE | 11.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                           (d)            11.00

### SUMMARY OF TAXES PAID

| | | |
|---|---|---|
| Payroll Taxes Paid | (a) | |
| Sales & Use Tax Paid | (b) | |
| Other Taxes Paid | (c) | - |
| TOTAL | (d) | - |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
   (Page MOR-2, Line 5O).

(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
   (Page MOR-2, Line 5P).

(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
   (Page MOR-2, Line 5Q).

(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | - (a) |

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximun Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between Column 2 & Column 3 |
|---|---|---|---|
| | | | |
| | | | |
| TOTAL | | $           - (b) | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation**

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)** $      0      (c

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor:     Bay Circle Properties LLC     Case Number:     15-58440-wlh

Reporting Period beginning:     3/1/2018     Period ending:     3/31/2018

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date of Payment | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                         $              -

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor:   Bay Circle Properties LLC        Case Number:        15-58440-wlh

Reporting Period beginning:        3/1/2018        Period ending:        3/31/2018

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

MOR-16

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)* ; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I served a copy of the Debtor's Standard Monthly Operating Report for the Period from March 1 through 31, 2018 via ECF or by first class U.S. Mail, with sufficient postage thereon on the following:

Thomas W. Dworschak
Office of the U.S. Trustee
75 Ted Turner Drive, SW, Suite 362
Atlanta, Georgia 30303

C. Edward Dobbs, Esq. – **Via ECF**
James S. Rankin, Jr., Esq. – **Via ECF**
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, Georgia 30303

Anne P. Caiola, Esq.
Elizabeth B. Rose, Esq.
Slotkin & Caiola, LLC
118 E. Maple Street
Decatur, GA 30030

Kenneth W. Stroud, Esq. – **Via ECF**
Mahaffey Pickens Tucker, LLP
1550 North Brown Road
Suite 125
Lawrenceville, GA 30043

Shayna M. Steinfeld – **Via ECF**
Steinfeld & Steinfeld, P.C.
P.O. Box 49446
Atlanta, Georgia 30359

Clay M. Townsend
Morgan & Morgan
20 N. Orange Avenue, Suite 1500
Orlando, FL 32801

HEATHER D. BROWN – **VIA ECF**
BROWN LAW, LLC
138 BULLOCH AVENUE
ROSWELL, GA 30075

Jon E. Kane
Mateer Hawbert
225 E. Robinson Street
Suite 600
Orlando, FL 32801

David L. Bury, Jr. – **Via ECF**
Stone & Baxter, LLP
Suite 800
577 Mulberry Street
Macon, GA 31201

Walter E. Jones – **Via ECF**
Balch & Bingham, LLP
30 Ivan Allen Jr., Blvd
Suite 700
Atlanta, GA 30308

John Isbell – **Via ECF**
Thompson Hine LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326


This 4th day of May, 2018.

/s/J. Carole Thompson Hord
J. CAROLE THOMPSON HORD
Georgia Bar No. 291473
chord@swfllp.com

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-4516
Tel: (404) 681-3450
Fax: (404) 681-1046
K:\9208\1\MOR\COS for MOR Master.docx