**IT IS ORDERED as set forth below:**



**Date: October 10, 2018**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 15-58440-WLH |
| ) | (Jointly Administered) |
| BAY CIRCLE PROPERTIES, LLC *et al.*,[1] ) | |
| ) | CHAPTER 11 |
| Debtors. ) | |
| ) | JUDGE WENDY L. HAGENAU |

## ORDER TO SHOW CAUSE

It has come to the Court's attention that Debtor Nilhan Developers LLC has allegedly repurchased property located at 2800 and 2810 Spring Road, Smyrna, Georgia. The Debtors, their principal and their counsel are directed to appear before this Court on October 25, 2018 at 1:30 p.m., Courtroom 1403, United States Courthouse, Richard B. Russell Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia to verify to the Court if the property was purchased by the Debtor, the purchase price, the source of the funds for the purchase, and any other information related thereto.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Bay Circle Properties, LLC (1578), DCT Systems Group, LLC (6978), Sugarloaf Centre, LLC (2467), Nilhan Developers, LLC (6335), and NRCT, LLC (1649).

**DISTRIBUTION LIST**

M. Denise Dotson
M. Denise Dotson, LLC
PO Box 435
Avondale Estates, GA 30003

Bay Circle Properties, LLC
Suite 801
6050 Peachtree Industrial Boulevard
Norcross, GA 30071-5721

Nilhan Developers, LLC
6100 Peachtree Industrial Boulevard
Norcross, GA 30071

Chitttranjan (Chuck) Thakkar
6050 Peachtree Industrial Boulevard
Norcross, GA 30071

Thomas Wayne Dworschak
Office of the U. S. Trustee
75 Spring Street SW, Room 362
Atlanta, GA 30303

John F. Isbell
Garrett A. Nail
Thompson Hine LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, GA  30326

Walter E. Jones
Balch & Bingham LLP
Suite 700
30 Ivan Allen Jr. Boulevard, NW
Atlanta, GA  30308