**IT IS ORDERED as set forth below:**



**Date: December 11, 2018**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-58440-WLH |
| | : | (Jointly Administered) |
| BAY CIRCLE PROPERTIES, LLC, *et al.*,[1] | : | |
| | : | CHAPTER 11 |
| DEBTORS. | : | |
| _____ | : | |

### ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

The Court having considered the Application of the United States Trustee for entry of an Order approving appointment of Ronald L. Glass as Chapter 11 Trustee in the above-captioned case, filed on December 11, 2018 (Dkt. No. 921) it is hereby

ORDERED that the appointment is approved.

**END OF DOCUMENT**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are Bay Circle Properties, LLC (1578); DCT Systems Group, LLC (6978); Sugarloaf Centre, LLC (2467); Nilhan Developers, LLC (6335); and NRCT, LCC (1649).

Order prepared and submitted by:

DANIEL M. MCDERMOTT
UNITED STATES TRUSTEE

Region 21

*/s/ Thomas W. Dworschak*
THOMAS W. DWORSCHAK
Georgia Bar No. 236380
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia  30303
(404) 331-4437, ext. 145
Thomas.w.Dworschak@usdoj.gov

Pursuant to Local Rule 9013-2(b) for the United States Bankruptcy Court, Northern District of Georgia, the Clerk of Court is requested to serve a copy of this order on all creditors and parties-in-interest in the case.