Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 15-58440 WLH | **Trustee:** | John Lewis Jr. | |
| **Case Name:** | Bay Circle Properties LLC | **Filed (f) or Converted (c):** | 05/05/20 (c) | |
| | JointAdmin | **§341(a) Meeting Date:** | 06/12/20 | |
| **Period Ending:** | 09/30/22 | **Claims Bar Date:** | 12/22/20 | |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6600 Bay Circle Gwinnett County county | 2,742,000.00 | 2,742,000.00 | OA | 0.00 | FA |
| 2 | 6610 Bay Circle Gwinnett County county | 2,745,000.00 | 2,745,000.00 | OA | 0.00 | FA |
| 3 | Checking account ending 2819 | 36,453.93 | 36,453.93 | OA | 0.00 | FA |
| 4 | Georgia Power deposit | 325.00 | 325.00 | OA | 0.00 | FA |
| 5 | Loan due from Pinnacle Ivy Place, LLC | 250,000.00 | 250,000.00 | OA | 0.00 | FA |
| 6 | Payable from Nilhan Financial, LLC | 6,245,276.00 | 6,245,276.00 | OA | 0.00 | FA |
| 7 | Undeposited funds | 23,410.00 | 23,410.00 | OA | 0.00 | FA |
| 8 | Accounts receivable | 648,119.00 | 648,119.00 | OA | 0.00 | FA |
| 9 | Equipment | 29,080.00 | 29,080.00 | OA | 0.00 | FA |
| 10 | Other Business Assets (u)<br>Adversary 19-05284-wlh Good Gateway, LLC et al v. NRCT, LLC- a replacement lien was granted against the property owned by NRCT. | Unknown | 1.00 | | 0.00 | 1.00 |
| 11 | Breach of Contract/declaratory Judgment claim against Wells Fargo (u)<br>Breach of Contract/declaratory Judgment claim against Wells Fargo | 30,000,000.00 | 30,000,000.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$42,719,663.93** | **$42,719,664.93** | | **$0.00** | **$1.00** |

**Major activities affecting case closing:**
<10/16/2022, 12:11:31 PM - ShanekaR-630>
 Judgment entered on adversary proceeding on contribution claim.  Cross appeals pending.
<3/26/2022, 3:32:02 PM - ShanekaR-630>
Adversary 19-05284 case is ongoing.

<10/17/2021, 11:51:15 AM - ShanekaR-630>
Adversary 19-05284-Discovery is ongoing-Consent Order GRANTING Amended Motion to Extend Time to Conduct Discovery and Related Deadlines. ORDERED that the deadline for the Litigating
Parties to conclude discovery herein is extended to and through October 20, 2021. Awaiting update from Special Counsel

<4/15/2021, 12:25:59 PM - ShanekaR-630>
Discovery in ongoing suit for contribution continues.
2/19/2021 Consent Order GRANTING Motion to Extend Time to Conduct Discovery and Related Deadlines. ORDERED that the deadline for the Litigating Parties to conclude discovery herein is
extended to and through April 9, 2021; FURTHER ORDERED that the deadline for the Litigating Parties to file dispositive motions is hereby extended to and through April 23, 2021

**FORM 1** Page: 2
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

09/22/2020 Chapter 11 Trustee filed an adversary against NRCT. The Trustee filed a substitution of Chapter 11 Trustee; special counsel has been appointed and discovery is ongoing.

**Initial Projected Date of Final Report (TFR):** September 30, 2021          **Current Projected Date of Final Report (TFR):** December 29, 2023

    November 04, 2022          /s/ John Lewis Jr.
    Date          John Lewis Jr.

**Form 2**
**Cash Receipts and Disbursements Record**

No Accounts for this Case